DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES COCHRAN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-343

_____

September 29, 2021

Appeal from the Circuit Court for Lee County; Bruce E. Kyle, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Blain A. Goff, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.